UNITED STATES of America, Appellee,

v.

Fitchure A. CHESTNUTT, Appellant.

No. 11017.

United States Court of Appeals Fourth Circuit.

Argued Feb. 8, 1967.

Decided Feb. 14, 1967.

Samuel S. Mitchell, Raleigh, N. C. (Romallus O. Murphy, Raleigh, N. C., Reginald L. Frazier, New Bern, N. C. and Mitchell & Murphy, Raleigh, N. C., on brief), for appellant.

Gerald L. Bass, Asst. U. S. Atty. (Robert H. Cowen, U. S. Atty., and Larry G. Ford, Asst. U. S. Atty., on brief), for appellee.

Before SOBELOFF, BOREMAN and BRYAN, Circuit Judges.

PER CURIAM:

The judgment of the District Court, D. C., 259 F.Supp. 460, is

Affirmed.

---

Harvey J. SPENCER, Appellant,

v.

UNITED STATES of America, Appellee.

No. 23952.

United States Court of Appeals Fifth Circuit.

March 2, 1967.

Harvey J. Spencer, pro se.

Conard L. Florence, Asst. U. S. Atty., Fort Worth, Tex., Melvin M. Diggs, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, and WISDOM and AINSWORTH, Circuit Judges.

PER CURIAM:

The judgment is

Affirmed